**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF PENNSYLVANIA**
**Joseph F. Weis, Jr. U. S. Courthouse**
**700 Grant Street**
**Pittsburgh, PA 15219**
www.pawd.uscourts.gov

**BRANDY S. LONCHENA**
CLERK OF COURT                                   WHEN REPLYING, PROVIDE CASE
412–208–7500                                      NUMBER AND PARTY NAMES

March 2, 2026

Commissioner of Patents and Trademarks
P.O. Box 1450
Alexandria, VA 22313–1450

      RE:  XIAOQIAO WANG vs. SCHEDULE A DEFENDANTS
      Case Number:  **2:26–CV–00343–WSS**

Dear Commissioner:

  In compliance with 35 Â§290 and/or 15 U.S.C Â§1116, enclosed please find a copy of the Complaint and docket entries filed in the United States District Court for the Western District of Pennsylvania.

  Thank you for your attention in this matter.

              Very truly yours,

              BRANDY S. LONCHENA
              CLERK OF COURT

      By: /s/ **Bradley Ruth**
              Deputy Clerk

Enclosures