IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| XIAOQIAO WANG,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>SCHEDULE A DEFENDANTS,<br><br>　　　　　　　Defendants. | Civil Case No.: 2:26-cv-00343-WSS |

**MOTION FOR PRAECIPE TO ISSUE SUMMONS**

Plaintiff Xiaoqiao Wang requests that the clerk of this Court issue the attached Summons.

Date: March 2, 2026　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　____/s/ Zheng "Andy" Liu_____
　　　　　　　　　　　　　　　　　Zheng "Andy" Liu (CA-279327)
　　　　　　　　　　　　　　　　　Aptum Law
　　　　　　　　　　　　　　　　　1660 S Amphlett Blvd Suite 315
　　　　　　　　　　　　　　　　　San Mateo, CA 94402
　　　　　　　　　　　　　　　　　Email: Andy.Liu@AptumLaw.us
　　　　　　　　　　　　　　　　　Phone: 650-475-6289

　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*