# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| XIAOQIAO WANG | ) | Civil Action No.  2:26-cv-00343-WSS |
| | ) | |
| vs. | ) | or |
| SCHEDULE A DEFENDANTS | ) | |
| | ) | Criminal Action No. |
| | ) | |

## DISCLOSURE STATEMENT

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____, in the above captioned action, certifies that the following are parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public:

or

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____Xiaoqiao Wang_____, in the above captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

| | |
|---|---|
| 03/02/2026 | /s/ Zheng "Andy" Liu |
| Date | Signature of Attorney or Litigant |

Revision Date: November 1, 2016