IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

_____WANG_____  )
                       )       2:26-cv-343
   vs.                 )       Civil Action No. _____
                       )
SCHEDULE A DEFENDANTS  )
_____)
                       )

**AFFIDAVIT OF** ____Jianyin Liu____ **IN SUPPORT OF**

**MOTION FOR ADMISSION *PRO HAC VICE***

I, ____Jianyin Liu____, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for [Plaintiff/Defendant] __Pamnest__ in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

I, ____Jianyin Liu____, being duly sworn, do hereby depose and say as follows:

The Law Offices of James Liu PLLC

1. I am a [Lawyer/Partner/Associate] of the law firm [_____].
2. My business address is ____15750 SW 92nd Ave Unti 20C, Palmetto Bay, FL 33157____.
3. I am a member in good standing of the bar[s] of ____FL and WA, with FL as primary state for practice____.
4. My bar identification number(s) [is/are] ____FBN: 1007675; WABA: 59542____.
5. A current certificate of good standing from ____FL____ is attached to this Affidavit as Exhibit A.
6. [if applicable] The following are a complete list of any previous disciplinary proceedings concerning my practice of law that resulted in a non-confidential negative finding or sanction by the disciplinary authority of the bar of any state or any United States court:_____: [Insert additional explanation as appropriate.]
7. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.
8. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania

9. Based upon the foregoing, I respectfully request that I be granted pro hac vice admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

03/10/2026

Dated: _____     \_\_\_\_\_/s/ Jianyin Liu_____
[Affiant]