IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
Civil Action No. 2:26-cv-00343-WSS

WANG,

Plaintiff,

v.

SCHEDULE A DEFENDANTS,

Defendants.

_____/

**PROPOSED ORDER**

AND NOW, this ___ day of March, 2026, upon consideration of Defendant QUFA Accessory Store's Motion for Leave to Appear Remotely via Videoconference at the Preliminary Injunction Hearing scheduled for March 18, 2026 (the "Motion"), and any response thereto,

IT IS HEREBY ORDERED that the Motion is GRANTED.

1. The counsel for Defendant QUFA Accessory Store, Jianyin Liu, and, to the extent necessary or desired, a corporate representative of Defendant QUFA Accessory Store, are permitted to appear remotely via videoconference (using the Court's Zoom platform or such other videoconferencing technology as the Court may designate) at the preliminary injunction hearing scheduled for March 18, 2026.

2. Counsel and any participating representative shall comply with all technical and procedural requirements for remote appearances as set forth by the Court, including but not limited to:

   - Ensuring a stable internet connection;

   - Participating from a quiet, professional environment;

    - Using appropriate lighting and background;

    - Remaining muted when not speaking; and

    - Testing connectivity in advance of the hearing.

3. Failure to comply with the Court's videoconference protocols may result in the remote appearance being denied or terminated, and the Court may require in-person appearance.

4. Nothing in this Order shall be construed as a waiver of any jurisdictional, procedural, or substantive rights or defenses of any party.

    IT IS SO ORDERED.

                                              _____
                                              William S. Stickman
                                              United States District Judge

Date: _____