IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| XIAOQIAO WANG, *Plaintiff*, v. SCHEDULE A DEFENDANTS, *Defendants*. | Civil Action No. 2:26-cv-343 Hon. William S. Stickman IV |

## ORDER OF COURT

AND NOW, this 12th day of March 2026, IT IS HEREBY ORDERED that Defendant's Motion for Leave to Appear Remotely Via Videoconference at the Preliminary Injunction Hearing is GRANTED. Further, in order to avoid a hybrid hearing, the entire injunction hearing (currently scheduled for **March 18, 2026 at 11:30 a.m.)** will be conducted by videoconference. All parties are to join the injunction hearing by:

https://pawd-uscourts.zoomgov.com/j/1618295222

IT IS FURTHER ORDERED that counsel for Plaintiff serve a copy of this scheduling order upon Defendants and file proof of the same with the Court.

BY THE COURT:

s/ William S. Stickman IV
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE