IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Xiaoqiao Wang ) | |
| ) | |
| vs. ) | Civil Action No. 2:26-cv-00343 |
| Schedule A Defendants ) | |
| ) | |

**MOTION FOR ADMISSION *PRO HAC VICE* OF** Qin Zhuang

    Qin Zhuang, undersigned counsel for Defendants NeJesZoe and VBSYBO-US, hereby moves that Qin Zhuang be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Defendants NeJesZoe and VBSYBO-US in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

    In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Qin Zhuang filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: March 13, 2026

Respectfully submitted,

Qin Zhuang

Qin Zhuang (Bar. ID NO. NY 5749874)
29th Floor, Tower A, Gemdale Plaza,
91 Jianguo Road, Beijing
*Counsel for Defendants*