## IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

_Xiaoqiao Wang_                )
                               )
            vs.                )        Civil Action No. _2:26-cv-00343_
                               )
_Schedule A Defendants_        )
                               )

**AFFIDAVIT OF** _Qin Zhuang_ **IN SUPPORT OF**
**MOTION FOR ADMISSION _PRO HAC VICE_**

I, _Qin Zhuang_, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Defendants _NeJesZoe and VBSYBO-US_ in the above-captioned matter pursuant to LCvR 83. 2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admiss ions dated May 31, 2006 (Misc. No. 06-151).

I, _Qin Zhuang_, being duly sworn, do hereby depose and say as follows:

1.    I am a [Lawyer/Partner/Associate] of the law firm [_____].

2.    My business address is _29th Floor, Tower A, Gemdale Plaza, 91_ Jianguo Road, Beijing

3.    I am a member in good standing of the bar[s] of _New York_.

4.    My bar identification number(s) [is/are] _5749874_.

5.    A current certificate of good standing from _the Supreme Court of New York_ is attached to this Affidavit as Exhibit _1_.

6.    [if applicable]  The following are a complete list of any previous disciplinary proceedings concerning my practice of law that resulted in a non-confidential negative finding or sanction by the disciplinary authority of the bar of any state or any United States court: _NONE_: [Insert additional explanation as appropriate.]

7.    I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

8.    I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania

9.     Based upon the foregoing, I respectfully request that I be granted pro hac vice admission in this matter.
I certify and attest that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.


Dated: _____     /s/ Qin Zhuang
       March 13, 2026       _____

                            [Affiant]    Qin Zhuang

Exhibit 1



*Appellate Division of the Supreme Court*
*of the State of New York*
*Third Judicial Department*

——————

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Qin Zhuang

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **July 9, 2020,** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on March 3, 2026.

*Clerk of the Court*

CertID-00277670



*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*
*Admissions Office*
*P.O. Box 7350, Capitol Station*
*Albany, NY 12224-0350*

*Robert D. Mayberger*
*Clerk of the Court*

*AD3AdmissionsOffice@nycourts.gov*
*http://www.nycourts.gov/ad3/admissions*
*(518) 471-4778*

*Anthony A. Moore*
*Director of Attorney*
*Admissions*

To Whom It May Concern:

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Third Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Robert D. Mayberger
Clerk of the Court

Revised January 2022