# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Xiaoqiao Wang,

    Plaintiff,

v.

Schedule A Defendants,

    Defendants.

Case No.: 2:26-cv-00343

Judge William S. Stickman

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE**

AND NOW, this _____ day of _____, 2026, upon consideration of the Motion for Admission Pro Hac Vice of Qin Zhuang, and the supporting affidavit, it is hereby ORDERED as follows:

1. The Motion is GRANTED.
2. Qin Zhuang is admitted to appear pro hac vice in this matter on behalf of Defendants NeJesZoe and VBSYBO-US.
3. Counsel shall comply with all applicable rules, including Local Civil Rules 83.2 and 83.3.

BY THE COURT:

_____

Hon. Judge William S. Stickman

United States District Judge