IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| XIAOQIAO WANG,<br><br>Plaintiff,<br><br>v.<br><br>SCHEDULE A DEFENDANTS,<br><br>Defendants. | Civil Case No.: 2:26-cv-00343-WSS |

**NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT NO. 4, 7, 9, 11, 13, 15-17**

Under Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses, without prejudice, against the following defendants from this action:

| No. | Defendant | ASIN | Platform |
|---|---|---|---|
| 4 | Milano US | B0DSMJ2KKS<br>B0DSMT2C1H | Amazon |
| 7 | NeJesZoe | B0DBF8GRX9<br>B0DBF6PN3K<br>B0DBF7CF1Y | Amazon |
| 9 | Lovyno | B0DSHWYNMT | Amazon |
| 11 | QUFA Accessory Store | B0D11GJ1XC<br>B0DS933QNN | Amazon |
| 13 | VBSYBO-US | B0D5Y3671X | Amazon |

1

2

| 15 | HUANHUAN-US | B0FF1LCYVF | Amazon |
|----|-------------|------------|--------|
| 16 | GOSDENG | B0GF5XN3ZX | Amazon |
| 17 | SANJIAN TOOLS | B0DX6WB66T<br>B0DX6WRMK2 | Amazon |

Date: March 16, 2026

Respectfully submitted,

/s/ Zheng "Andy" Liu
Zheng "Andy" Liu (CA- 279327)
*Aptum Law*
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Email: Andy.Liu@AptumLaw.us
Phone: 650-475-6289

*Attorneys for Plaintiff*