IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| XIAOQIAO WANG, <br><br> Plaintiff, <br><br> v. <br><br> SCHEDULE A DEFENDANTS, <br><br><br> Defendants. | Civil Case No.: 2:26-cv-00343-WSS |

**PLAINTIFF'S MOTION TO CONTINUE PRELIMINARY INJUNCTION HEARING AND TO EXTEND THE TEMPORARY RESTRAINING ORDER**

This is a design patent infringement case in which the patent owner sues counterfeit sellers on Amazon.com.

Noting that the accused products have identical designs to Plaintiff's patented design, on March 4, 2026, this Court granted a TRO against Defendants and set a hearing on why a preliminary injunction should not issue on March 18, 2026. (Dkt. 18.) The TRO, as currently set, will also expire on March 18, 2026. (Dkt. 18.)

Rule 65(b)(2) allows extending a temporary restraining order entered without notice on good cause. Here, good cause exists for a brief extension of the TRO and the preliminary injunction hearing to April 1, 2026 or any other day convenient to the Court.

First, Plaintiff has diligently pursued this case, having served the process on all defendants (Dkt. 28.), and paid the requested bond by mail[1], even though Amazon did not provide Defendants' contact information until March 12, 2026.

Second, no meaningful prejudice to Defendants exists. Out of the 20 defendants, Plaintiff has settled with eight as shown in the notice of dismissal (Dkt. 27) and is settling with another seven in a week or so. The remaining five defendants appear to be defaulting in this case. The asset frozen is modest; seventeen of the twenty defendants have less than $8,000 frozen.

Fourth, the original danger of moving assets outside the jurisdiction of this Court still exists. Good cause under Rule 65(b)(2) is shown where "the grounds for originally granting the temporary restraining order continue to exist." 11A Wright & Miller, Fed. Pract. & Proc. § 2953 (3d ed.).  Here, absent some restraint, Defendants may still choose to shut down their current ecommerce stores, withdraw the funds generated from their infringing activities, and transfer those funds to foreign accounts, making recovery virtually impossible.

In sum, Plaintiff respectfully requests the Court to extend the TRO and continue the preliminary injunction hearing by two weeks to April 1, 2026, or any other day convenient to the Court. The undersigned counsel continues to appreciate the opportunity

---

[1] Though the clerk's office may be still processing Plaintiff's bond paperwork.

to discuss this case with the Court in person as long as the Court's schedule allows.

A Proposed Order is concurrently filed.

Date: March 16, 2026                                  Respectfully submitted,


                                                        /s/ Zheng "Andy" Liu
Zheng "Andy" Liu (CA- 279327)
*Aptum Law*
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Email: Andy.Liu@AptumLaw.us
Phone: 650-475-6289

*ATTORNEY FOR PLAINTIFF*