IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WANG ) | |
| ) | |
| vs. ) | Civil Action No. 2:26-CV-343-WSS |
| ) | |
| SCHEDULE A DEFENDANTS ) | |
| ) | |

**MOTION FOR ADMISSION *PRO HAC VICE* OF STEVEN G. KALBERG**

    Steven G. Kalberg, undersigned counsel for Defendant NaYou Direct, hereby moves that Steven G. Kalberg be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Defendant NaYou Direct in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

    In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Steven G. Kalberg filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

                                                            Respectfully submitted,

Dated: March 16, 2026                    */s/ Steven G. Kalberg*
                                                            Steven G. Kalberg (IL Bar No. 6336131)
                                                            Direction IP Law
                                                            P.O. Box 14184
                                                            Chicago, IL 60614-0184
                                                            (312) 291-1667
                                                            skalberg@directionip.com

                                                            *Counsel for Defendant*
                                                            *NaYou Direct*