**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| XIAOQIAO WANG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2:26-cv-00343-WSS |
| v. | ) |
| | ) Hon. William S. Stickman |
| SCHEDULE A DEFENDANTS, | ) |
| | ) |
| Defendants. | ) |

### Motion for Admission Pro Hac Vice of Brian Swift

Brian Swift, undersigned counsel for Zamazi ("Defendant"), hereby moves that he be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for the Defendant, pursuant to LCvR 83.2, LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated March 1, 2017 (Misc. No. 99-95).

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Brian Swift filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated:          March 16, 2026

Respectfully submitted,

/s/Brian Swift
By: Brian Swift
AU LLC
444 W. Lake St. 17th Floor
Chicago, IL 60606
(312) 715-7312
brians@au-llc.com
IL Bar Id No. 6339735
*Counsel for Defendant*
*Pro Hac Vice pending*