**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| XIAOQIAO WANG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2:26-cv-00343-WSS |
| v. | ) |
| | ) Hon. William S. Stickman |
| SCHEDULE A DEFENDANTS, | ) |
| | ) |
| Defendants. | ) |

**Affidavit of Brian Swift in Support of**

**Motion for Admission Pro Hac Vice**

I, Brian Swift, make this affidavit in support of the motion for my admission to appear and practice in this

Court in the above-captioned matter as counsel pro hac vice for defendant Zamazi in the above-captioned

matter pursuant to LCvR 83.2, LCvR 83.3, and this Court's Standing Order Regarding Pro Hac Vice

Admissions dated March 1, 2017 (Misc. No. 99-95).

I, Brian Swift, being duly sworn, do hereby depose and say as follows:

1.  I am a lawyer of the law firm AU LLC.

2.  My business address is 444 W. Lake St. 17th Floor Chicago, IL 60606.

3.  I am a member in good standing of the state bar of Illinois, as well as the Northern District of Illinois.

4.  My bar identification numbers is 6339735 (IL).

5.  A current certificate of good standing from the Illinois state bar is attached to this Affidavit as **Exhibit 1**.

6.  I have no previous disciplinary proceedings concerning my practice of law that resulted in a non-confidential negative finding or sanction by the disciplinary authority of the bar of any state or any United States court.

7.  I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

8.  I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

**9.**  Based upon the foregoing, I respectfully request that I be granted pro hac vice admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated:          March 16, 2026

/s/Brian Swift
By: Brian Swift
Affiant

# Exhibit 1

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Brian Swift

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/10/2021 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 26th day of February, 2026.

Cynthia A. Grant

Clerk,
Supreme Court of the State of Illinois