**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| XIAOQIAO WANG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2:26-cv-00343-WSS |
| v. | ) |
| | ) Hon. William S. Stickman |
| SCHEDULE A DEFENDANTS, | ) |
| | ) |
| Defendants. | ) |

**[Proposed] Order**

**AND NOW**, this _____ day of March, 2026, upon consideration of the Motion of Brian

Swift for Admission Pro Hac Vice, it is hereby ORDERED that the Motion for Admission Pro Hac

Vice is GRANTED.


_____

The Honorable Judge
William S. Stickman