**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| XIAOQIAO WANG, | |
| Plaintiff, | Civil Case No.: 2:26-cv-00343-WSS |
| v. | |
| SCHEDULE A DEFENDANTS, | |
| Defendants. | |

**ORDER GRANTING CONTINUANCE OF HEARING AND EXTENSION OF THE**
**TEMPORARY RESTRAINING ORDER**

AND NOW, this 17th day of March 2026, IT IS HEREBY ORDERED that Plaintiff's Motion to Continue Preliminary Injunction Hearing and to Extend the Temporary Restraining Order (ECF No. 29) is GRANTED. The videoconference injunction hearing is rescheduled from March 18, 2026 at 11:30 a.m. (EST) to **April 1, 2026 at 11:30 a.m. (EST)** before the Honorable Judge William S. Stickman IV. The parties shall connect to this videoconference by:

https://pawd-uscourts.zoomgov.com/j/1618295222

IT IS FURTHER ORDERED that the temporary restraining order shall remain in full force and effect through the April 1, 2026, hearing. Lastly, Counsel for Plaintiff shall serve a copy of this scheduling order upon Defendants and file proof of the same with the Court.

s/  William S. Stickman IV

WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE1