**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**
**Civil Action No. 2:26-cv-00343-WSS**

WANG,

Plaintiff,

v.

SCHEDULE A DEFENDANTS,

Defendants.

_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, that the undersigned attorney, duly authorized to practice within the

Southern District of Florida, hereby enters his appearance as counsel for the defendant LIYUEKJ,

(Seller ID：AZ9SNBRW25P9D) in the above captioned matter:

Jianyin Liu designates the following email addresses, for service of all documents required to

be served in this proceeding:

Primary E-Mail Addresses: jamesliulaw@gmail.com;
Secondary E-Mail Address: jianyin.cdc@gmail.com.

Dated: March 18, 2026

/s/ Jianyin Liu
Jianyin Liu, Esq. 1007675
jamesliulaw@gmail.com
The Law Offices of James Liu PLLC 15750
SW 92nd Ave Unit 20C
Palmetto Bay, FL 33157
Ph: (305) 209 6188

## CERTIFICATE OF SERVICE

I certify that this document has been served to all parties on record via CM/ECF on this March 18, 2026.

/s/ Jianyin Liu