Appl. No. 29/945,084

## Remarks

This is responsive to Office Action dated Sept. 30, 2024, and which has been fully reviewed and faithfully observed.

## Claim Rejection-35 U.S.C. 102(a)(1)

*The claim is rejected under 35 U.S.C. 102(a)(l) as being clearly anticipated by Upgraded Ergonomic Trimmer Grip - Yomoho reference (hereinafter "Yomoho reference") because the claimed invention was patented, described in a printed publication, in public use, on sale, or otherwise available to the public before the effective filing date of the claimed invention.*

## Declaration by XIAOQIAO WANG under 37 CFR 1.130(a)

In reply, Applicant respectfully traverses the rejections as the Yomoho reference is disqualified as prior art in view of a Declaration of XIAOQIAO WANG under 37 CFR 1.130(a) submitted herewith.

According to the Declaration, see attached for details, Applicant hereby submits that the disclosure of "Upgraded Ergonomic Trimmer Grip - Yomoho reference" as cited on page 2 of the Office Action dated Sept. 30, 2024, that the Office cited as prior art, is, in fact, disqualified as a prior art disclosure since the disclosure was obtained directly from XIAOQIAO WANG, the inventor of the claimed design to the Amazon "Yomoho Store" to sell on Amazon.com since Jan. 3, 2024 within one year before the effective filing date of the claimed design.

To prove this, Applicant hereby submits Exhibits A-C for evidence, including a scanning copy of sales authorization certification of the Yomoho reference between guangzhoupangxiongshangmaoyouxiangongsi, the owner of the Amazon "Yomoho Store", and me, a printed copy of manage inventory of the Yomoho reference, and a printed copy of manage orders of the Yomoho reference.

Specifically, please refer to please refer to the Snapshot 1 shown below, the Yomoho reference disclosed on Amazon is owned by the the Amazon "Yomoho

2

Appl. No. 29/945,084

Store".



(Snapshot 1 of the Yomoho reference disclosed on Amazon)

Please further refer to Snapshot 2 shown below, an ASIN of the Yomoho reference is B0CZ98GK7C.



(Snapshot 2 showing ASIN of the Yomoho reference)

3

Appl. No. 29/945,084

And please refer to Snapshot 3 taken from the Amazon seller information website page of the Amazon "Yomoho Store" and Snapshots 4-5 taken from the Exhibit A including the scanning copy of sales authorization certification of the Yomoho reference shown below, it can be seen from the Snapshot 3 that the seller of the Amazon "Yomoho Store" is guangzhoupangxiongshangmaoyouxiangongsi, and it can be seen from the Snapshots 4-5 that the inventor, XIAOQIAO WANG, of the claimed design has authorized guangzhoupangxiongshangmaoyouxiangongsi to sell the string trimmer handle product as disclosed in the claimed design online since Jan. 3, 2024, the authorization date of Jan. 3, 2024 is within one year before the effective filing date of May 31, 2024 of the claimed design.

## Yomoho (已备案 跟卖必投诉)

Visit the Yomoho (已备案 跟卖必投诉) storefront

★★★★★    97% positive in the last 12 months (73 ratings)

### Return & Refund Policies

Please refer to the Amazon.com Return Policy .

### Detailed Seller Information

Business Name: guangzhoupangxiongshangmaoyouxiangongsi
Business Address:
  白云区石门街悦嘉二街4号
  二楼203室C147
  广州市
  广东省
  510000
  CN

(Snapshot 3 taken from the Amazon seller information website page of the Amazon "Yomoho Store")

4

Appl. No. 29/945,084





(Snapshots 4-5 taken from the Exhibit A including the scanning copy of sales authorization certification of the Yomoho reference)

Further, please refer to the Snapshots 6-7 respectively taken from the Exhibits B-C including the printed copy of the manage inventory of the Yomoho reference having the ASIN of B0CZ98GK7C and the printed copy of the manage orders of the

5

Appl. No. 29/945,084

Yomoho reference having the ASIN of B0CZ98GK7C, the Exhibit B shows a first launch date of Mar. 29, 2024 of the Yomoho reference, which is before May 31, 2024, the effective filing date of the claimed design and after Jan. 3, 2024, the authorization date of the Yomoho reference. It should be noted that the information disclosed in Exhibits B-C is owner-privileged background information, and is ONLY accessible by the owner or authorized representative of the Amazon "Yomoho Store", and it is believed that the Exhibits B-C are sufficient enough to prove and demonstrate that the inventor, XIAOQIAO WANG, of the claimed design is the true inventor of the subject matter disclosed in the Yomoho reference and the Amazon "Yomoho Store" has obtained authorization from XIAOQIAO WANG to sell the claimed design, the Exhibits B-C provide strong evidence of that the Yomoho reference is sold by the Amazon "Yomoho Store" who obtained the authorization to sell the claimed disclosure on Amazon from the inventor XIAOQIAO WANG.



(Snapshot 6 taken from the Exhibit B including the printed copy of manage orders of the Yomoho reference)

Appl. No. 29/945,084



(Snapshot 7 taken from the Exhibit C including the printed copy of manage
orders of the Yomoho reference)

In light of the forgoing, the Yomoho reference is disqualified as prior art under
under 35 U.S.C 102. Rejection thereto is respectfully traversed.

It is believed that the captioned application is in condition for allowance.
Issuance thereto is respectfully requested.


Respectfully submitted,

/Howard M. Cohn/

Howard M. Cohn

Registration: 25, 808

3468 Old Hickory Lane

Medina, OH 44256

Phone: 216-752-0955

7