UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 29/958,879 | 08/22/2024 | XIAOQIAO WANG | KIP3US2085JZH24 | 8219 |

24036        7590        09/30/2024
HOWARD M COHN
HOWARD M COHN and Associates, LLC
3468 Old Hickory
Medina, OH 44256

| EXAMINER |
|---|
| PRICE, IEISHA N |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2915 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 09/30/2024 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

USPTO@dockettrak.com
esther@cohnpatents.com
howard.cohn@cohnpatents.com

PTOL-90A (Rev. 04/07)

| ***Office Action Summary*** | Application No. 29/958,879 | | Applicant(s) WANG, XIAOQIAO | |
|---|---|---|---|---|
| | Examiner IEISHA N PRICE | | Art Unit 2915 | AIA (FITF) Status Yes |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE 3 MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☐ Responsive to communication(s) filed on _____ .
    ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____ .
2a)☐ This action is **FINAL.**    2b) ☑ This action is non-final.
3)☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____ ; the restriction requirement and election have been incorporated into this action.
4)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims\***

5) ☑ Claim(s) _1_ is/are pending in the application.
    5a) Of the above claim(s) _____ is/are withdrawn from consideration.
6) ☐ Claim(s) _____ is/are allowed.
7) ☑ Claim(s) _1_ is/are rejected.
8) ☐ Claim(s) _____ is/are objected to.
9) ☐ Claim(s) _____ are subject to restriction and/or election requirement

\* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to **PPHfeedback@uspto.gov.**

**Application Papers**

10)☐ The specification is objected to by the Examiner.
11)☐ The drawing(s) filed on _____ is/are: a)☐ accepted or b)☐ objected to by the Examiner.
    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
    **Certified copies:**
    a)☐ All    b)☐ Some\*\*    c)☐ None of the:
      1.☐ Certified copies of the priority documents have been received.
      2.☐ Certified copies of the priority documents have been received in Application No. _____ .
      3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

\*\* See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☑ Notice of References Cited (PTO-892)
2) ☑ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b)
    Paper No(s)/Mail Date 08/22/2024.
3) ☐ Interview Summary (PTO-413)
    Paper No(s)/Mail Date _____ .
4) ☐ Other: _____ .

U.S. Patent and Trademark Office

| PTOL-326 (Rev. 11-13) | Office Action Summary | Part of Paper No./Mail Date 20240916 |
|---|---|---|

Application/Control Number: 29/958,879                                                          Page 2
Art Unit: 2915

## Office Action

The present application, filed on or after March 16, 2013, is being examined under the first inventor to file provisions of the AIA.

## Rejection Under 35 U.S.C. 102(a)(1)

The claim is rejected under 35 USC 102(a)(1) as being clearly anticipated by Upgraded Ergonomic Trimmer Grip - Yomoho [prior art] reference because the claimed invention was patented, described in a printed publication, or in public use, on sale, or otherwise available to the public before the effective filing date of the claimed invention.

The appearance of the Upgraded Ergonomic Trimmer Grip - Yomoho is substantially the same as that of the claimed design. The ordinary observer test is the sole test for anticipation. *Int'l Seaway Trading Corp. v. Walgreens Corp.,* 589 F.3d 1233, 1237-38, 1240 (Fed. Cir. 2009).



Upgraded Ergonomic
Trimmer Grip

"Two designs are substantially the same if their resemblance is deceptive to the extent that it would induce an ordinary observer, giving such attention as a purchaser usually gives, to purchase an article having one design supposing it to be the other." *Door-Master Corp. v. Yorktowne Inc.,* 256 F.3d 1308, 1313 (Fed. Cir. 2001) (citing *Gorham Co. v. White,* 81 U.S. 511, 528 (1871)).

"The mandated overall comparison is a comparison taking into account significant differences between the two designs, not minor or trivial differences that necessarily exist between any two designs that are not exact copies of one another. Just as 'minor differences between a patented design and an accused article's design cannot, and shall not, prevent a finding of infringement,' so too minor differences cannot prevent a finding of anticipation." *Int'l Seaway,* 589 F.3d at 1243 (citing *Litton Sys., Inc. v. Whirlpool Corp.,* 728 F.2d 1423, 1444 (Fed. Cir. 1984)).

Application/Control Number: 29/958,879                                                                        Page 3
Art Unit: 2915

## Conclusion

The claimed design stands rejected under 35 U.S.C. 102(a)(1).

The references cited but not applied are considered cumulative art related to the claimed design.

Any inquiry concerning this communication or earlier communications from the examiner should be directed to IEISHA PRICE whose telephone number is (571)272-7801. The examiner can normally be reached on Monday - Wednesday; 9am-5pm and Thursday - Friday; 10am-3pm, EST.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Sheryl Lane, can be reached on (571) 272-7609. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Examiner interviews are available via telephone, in-person, and video conferencing using a USPTO supplied web-based collaboration tool. To schedule an interview, applicant is encouraged to use the USPTO Automated Interview Request (AIR) Form at https://www.uspto.gov/patents/uspto-automated- interview-request-air-form.

Information regarding the status of published or unpublished applications may be obtained from Patent Center. Unpublished application information in Patent Center is available to registered users. To file and manage patent submissions in Patent Center, visit: https://patentcenter.uspto.gov. Visit https://www.uspto.gov/patents/apply/patent-center for more information about Patent Center and https://www.uspto.gov/patents/docx for information about filing in DOCX format. For additional questions, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/IEISHA N PRICE/
Examiner, Art Unit 2915