**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

XIAOQIAO WANG,

               *Plaintiff,*

    v.

SCHEDULE A DEFENDANTS,

              *Defendants.*

Case No. 2:26-cv-00343-WSS

Hon. William S. Stickman

## <u>MOTION FOR PRO HAC VICE ADMISSION OF JOHN-CHARLES HEWITT</u>

John-Charles Hewitt, undersigned counsel for AltitudeCraft and AspireArtisans ("Defendants"), hereby moves that he be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for the Defendants, pursuant to LCvR 83.2, LCvR 83.3, LCrR 83.2, and this Court's Standing Order Regarding Pro Hac Vice Admissions dated March 1, 2017 (Misc. No. 99-95).

In support of this motion, undersigned counsel attached the Affidavit for Admission Pro Hac Vice of John-Charles Hewitt filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: March 19, 2026

                             Respectfully Submitted,

By:

/s/ *John-Charles K. Hewitt*
John-Charles K. Hewitt, MA 717969
jc@hewittpllc.com
Hewitt Law PLLC
41 Cottage St., Ste 2
Littleton, NH 03561
(603) 575-1164
*Counsel for Defendants AltitudeCraft and
AspireArtisans*