IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

XIAOQIAO WANG,

*Plaintiff*,

v.

SCHEDULE A DEFENDANTS,

*Defendants*.

Case No. 2:26-cv-00343-WSS

Hon. William S. Stickman

## AFFIDAVIT OF JOHN-CHARLES HEWITT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, John-Charles Hewitt, make this affidavit in support of the motion for my admission to appear and practice in this court in the above-captioned matter as counsel pro hac vice for defendants AltitudeCraft and AspireArtisans in the above-captioned matter pursuant to LCvR 83.2, LCvR 83.3, and this Court's Standing Order Regarding Pro Hac Vice Admissions dated March 1, 2017 (Misc. No. 99-95).

1. I, John-Charles Hewitt, being duly sworn, do hereby depose and say as follows

2. I am a Lawyer of the law firm Hewitt Law PLLC.

3. My business address is 41 Cottage St., Ste. 2.

4. I am a member of good standing of the bars of the state bar of the Commonwealth of Massachusetts, the United States District Court of the District of Massachusetts, and the United States District Court of the Northern District of Illinois.

5. My MA bar identification number is 717969.

6. A current certificate of good standing from the Massachusetts state bar is attached to this Affidavit as Exhibit 1.

7. I have no previous record of disciplinary proceedings concerning my practice of law that resulted in a non-confidential negative finding or sanction by the disciplinary authority of the bar of any state or any United States court.

8. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

9. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

10. Based upon the foregoing, I respectfully request that I be granted pro hac vice admission in this matter. I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.


Dated: March 19, 2026

<div style="margin-left:40%">

Respectfully Submitted,

By:

/s/ *John-Charles K. Hewitt*_____
John-Charles K. Hewitt
Affiant

</div>

# Exhibit 1

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

———

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on    **November 7, 2025,**

said Court being the highest Court of Record in said Commonwealth:

## John-Charles Kirdjali Hewitt

being found duly qualified in that behalf, and having taken and subscribed

the oaths required by law, was admitted to practice as an Attorney, and, by virtue

thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth:

that said Attorney is at present a member of the Bar, and is in good standing

according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the

seal of said Court, this    **seventh**    day of    **November**

in the year of our Lord **two thousand and twenty-five.**

ALLISON S. CARTWRIGHT, CLERK

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification  X3116

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for Suffolk County