**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

XIAOQIAO WANG,

*Plaintiff,*

v.

SCHEDULE A DEFENDANTS,

*Defendants.*

Case No. 2:26-cv-00343-WSS

Hon. William S. Stickman

**ORDER [Proposed]**

**AND NOW,** this _____ day of March, 2026, upon consideration of the Motion of John-Charles Hewitt for Admission Pro Hac Vice, it is hereby ORDERED that the Motion for Admission Pro Hac Vice is GRANTED.

DATED:

_____
The Honorable Judge
William S. Stickman