**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**
Civil Case No.: 2:26-cv-00343-WSS

XIAOQIAO WANG,

Plaintiff,

v.

SCHEDULE A DEFENDANTS,

Defendants.

_____/

**DEFENDANT QUFA ACCESSORY STORE'S MOTION TO COMPEL PLAINTIFF TO NOTIFY AMAZON TO RELEASE RESTRAINED ACCOUNT AND REINSTATE ASINs AND FOR ATTORNEY'S FEES AND COSTS**

Defendant QUFA Accessory Store (Seller ID A2MTU67GPG0L6K, Store Name QUFA Accessory Store) (hereinafter "Moving Defendant"), by and through undersigned counsel, respectfully moves this Court pursuant to its inherent authority and Fed. R. Civ. P. 41 for an Order compelling Plaintiff to immediately notify Amazon.com to release all restraints on Moving Defendant's seller account and reinstate the following ASINs: B0D11GJ1XC and B0DS933QNN. Moving Defendant further requests an award of reasonable attorney's fees and costs incurred in bringing this motion. In support thereof, Moving Defendant states as follows:

**I. INTRODUCTION**

Plaintiff initiated this action and obtained an ex parte Temporary Restraining Order that froze Moving Defendant's Amazon seller account and blocked the sale of its products under the above-referenced ASINs. After Moving Defendant filed its response in opposition to Plaintiff's Motion for Preliminary Injunction, Plaintiff voluntarily dismissed Moving Defendant from this

action without prejudice (ECF No. 27). Despite repeated requests from counsel for Moving Defendant, Plaintiff has refused to notify Amazon to lift the restraints. Plaintiff's counsel responded to the second request with an unprofessional and insulting email directing counsel to "Get lost, freaking amateur." (Exhibit A).

This refusal is causing ongoing and substantial harm to Moving Defendant. Amazon continues to withhold significant funds and has blocked the ASINs solely because of Plaintiff's failure to provide the required release notification. This Court should compel Plaintiff to correct this situation and award fees for the bad-faith refusal.

## II. FACTUAL BACKGROUND

1. On March 2, 2026, Plaintiff filed this Schedule A action and obtained ex parte relief that resulted in the restraint of Moving Defendant's Amazon seller account and the blocking of ASINs B0D11GJ1XC and B0DS933QNN. (See Docket Entries 1, 5, 7, 11).

2. Moving Defendant timely opposed Plaintiff's Motion for Preliminary Injunction.

3. On March 16, 2026, Plaintiff filed a Notice of Voluntary Dismissal as to Moving Defendant (and others) pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). (ECF No. 27). The dismissal was without prejudice and without any settlement agreement.

4. On or about March 17, 2026, undersigned counsel contacted Plaintiff's counsel (Zheng "Andy" Liu) and requested that Plaintiff immediately notify Amazon to release all restraints on the account and reinstate the ASINs. Plaintiff refused.

5. Upon a second request, Plaintiff's counsel responded with the following unprofessional email (full chain attached as Exhibit A):  "Has your mom not told you 'if you don't have something nice to say, don't say anything at all.' Get lost, freaking amateur."

6. As a direct result of Plaintiff's refusal, Amazon continues to restrain Moving Defendant's account and funds. Amazon requires explicit notification from Plaintiff (the party who obtained the restraint) before any release can occur.

### III. LEGAL STANDARD AND ARGUMENT

This Court has inherent authority to enforce its own orders and to prevent abuse of the judicial process. See Chambers v. NASCO, Inc., 501 U.S. 32, 43–46 (1991). Courts routinely exercise this authority in Schedule A / Amazon cases to compel plaintiffs to lift restraints after voluntary dismissal.

Plaintiff's continued refusal to notify Amazon—coupled with the insulting and dismissive response—constitutes bad faith and an abuse of the process that this Court invoked when it granted the ex parte relief. Moving Defendant has been dismissed from the case with no finding of liability and no settlement. There is no legitimate reason for Plaintiff to continue restraining the account.

Moreover, 28 U.S.C. § 1927 and the Court's inherent powers authorize an award of attorney's fees and costs where, as here, opposing counsel has multiplied the proceedings unreasonably and vexatiously.

### IV. RELIEF REQUESTED

WHEREFORE, Moving Defendant respectfully requests that this Court enter an Order:

1. Compelling Plaintiff (and Plaintiff's counsel) to immediately notify Amazon.com, in writing, to release all restraints on Seller ID A2MTU67GPG0L6K (QUFA Accessory Store) and to reinstate ASINs B0D11GJ1XC and B0DS933QNN;

2. Requiring Plaintiff to file a copy of the release notification with this Court within 24 hours of the Order;

3. Awarding Moving Defendant its reasonable attorney's fees and costs incurred in connection with this motion; and

4. Granting such other and further relief as the Court deems just and proper.

Respectfully submitted,

/s/ Jianyin Liu
Jianyin Liu, Esq.
Florida Bar No. 1007675
The Law Offices of James Liu, PLLC
15750 SW 92nd Ave Unit 20C
Palmetto Bay, FL 33157
Telephone: (305) 209-6188
Email: jamesliulaw@gmail.com

Attorney for Former Defendant QUFA Accessory Store

**CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2026, a true and correct copy of the foregoing was served via CM/ECF on all counsel of record and via email on Plaintiff's counsel of record.

/s/ Jianyin Liu