**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**
Civil Case No.: 2:26-cv-00343-WSS

XIAOQIAO WANG,

Plaintiff,

v.

SCHEDULE A DEFENDANTS,

Defendants.

_____/

**PROPOSED ORDER**

AND NOW, this ___ day of March, 2026, upon consideration of Former Defendant QUFA Accessory Store's Motion to Compel, it is hereby ORDERED that:

1. Plaintiff shall, no later than 24 hours from the date of this Order, notify Amazon.com in writing to immediately release all restraints on Seller ID A2MTU67GPG0L6K and reinstate ASINs B0D11GJ1XC and B0DS933QNN;

2. Plaintiff shall file a copy of the notification with this Court within 24 hours;

3. Plaintiff shall pay Moving Defendant's reasonable attorney's fees and costs in an amount to be determined; and

4. The Clerk shall terminate any remaining restraints as they pertain to this defendant.

SO ORDERED.

_____
Hon. William S. Stickman IV
United States District Judge