**From:** **Liu, Zheng** bjliuzheng@gmail.com
**Subject:** Re: 26-cv-343, PAWD
**Date:** March 19, 2026 at 3:21 PM
**To:** Jianyin Liu jamesliulaw@gmail.com
**Cc:** Andy Liu andy.liu@aptumlaw.us

Jianyin Liu,

Has your mom not told you "if you don't have something nice to say, don't say anything at all."

Get lost, feaking amateur.

On Wed, Mar 18, 2026 at 1:14 PM Jianyin Liu <jamesliulaw@gmail.com> wrote:

> Hi Mr. Liu,
>
> Please instruct Amazon the unconditional release of my client QUFA Accessory Store. Or I will report to CA Bar for your unprofessional and unethical conduct. Also, we may sue you personally in Florida for wrongfully restraining our assets.
>
> Please govern yourself duly.
>
> Sincerely,
>
> Jianyin Liu, Esq.
> The Law Offices of James Liu PLLC
> 15750 SW 92nd Ave Unit 20C,
> Palmetto Bay, FL 33157
> Ph: (305) 209 6188   Fax: (305) 402 5959
> Email: jamesliulaw@gmail.com
> Http://jamesliulaw.com
>
> 2021 Local News Report for Case-Winning in Florida South District Court
> Link: https://mp.weixin.qq.com/s/SQit6bWleumMrqi96Pv1MQ
> "2019 Outstanding Alumni in Pro Bono Service"
> as Awarded by FAMU School of Law
> "Guardian of Justice of 2018"
> as Awarded by Community Legal Service of Mid-Florida
>
>> On Mar 16, 2026, at 11:36 AM, Andy Liu <andy.liu@aptumlaw.us> wrote:
>>
>>
>> On Mon, Mar 16, 2026 at 8:12 AM Jianyin Liu <jamesliulaw@gmail.com> wrote:
>>> 这个邮箱不是你登记的邮箱。
>>>
>>> Sincerely,
>>>
>>> Jianyin Liu, Esq.
>>> The Law Offices of James Liu PLLC
>>> 15750 SW 92nd Ave Unit 20C,
>>> Palmetto Bay, FL 33157
>>> Ph: (305) 209 6188   Fax: (305) 402 5959
>>> Email: jamesliulaw@gmail.com

Email: jamesliulaw@gmail.com
Http://jamesliulaw.com

2021 Local News Report for Case-Winning in Florida South District Court
Link: https://mp.weixin.qq.com/s/SQit6bWleumMrqi96Pv1MQ
"2019 Outstanding Alumni in Pro Bono Service"
as Awarded by FAMU School of Law
"Guardian of Justice of 2018"
as Awarded by Community Legal Service of Mid-Florida


On Mar 16, 2026, at 11:09 AM, Liu, Zheng <bjliuzheng@gmail.com> wrote:

Ok to settle.

Sent from Gmail Mobile


On Mon, Mar 16, 2026 at 08:09 Jianyin Liu <jamesliulaw@gmail.com> wrote:

Sincerely,

Jianyin Liu, Esq.
The Law Offices of James Liu PLLC
15750 SW 92nd Ave Unit 20C,
Palmetto Bay, FL 33157
Ph: (305) 209 6188   Fax: (305) 402 5959
Email: jamesliulaw@gmail.com
Http://jamesliulaw.com

2021 Local News Report for Case-Winning in Florida South District Court
Link: https://mp.weixin.qq.com/s/SQit6bWleumMrqi96Pv1MQ
"2019 Outstanding Alumni in Pro Bono Service"
as Awarded by FAMU School of Law
"Guardian of Justice of 2018"
as Awarded by Community Legal Service of Mid-Florida


Begin forwarded message:

**From:** Leo Han <hz8364@gmail.com>
**Subject: Request for settlement – Wang v. Schedule A Defendants, Case No. 2:26-cv-00343 (W.D. Pa.)**
**Date:** March 16, 2026 at 9:38:10 AM EDT
**To:** "jamesliulaw@gmail.com" <jamesliulaw@gmail.com>
**Cc:** "Andy.Liu@AptumLaw.us" <Andy.Liu@AptumLaw.us>

Dear counsel:
As we talked, we make settlement for this case, pls check the agreement and once your client paid, we will dismiss case.

Best regards,
**Leo Han**
IP Counsel

Thank you.

Andy Liu
*Attorney*
*Aptum Law | 650-475-6289 | Andy.Liu@AptumLaw.us*