# Gmail

Jianyin Liu <jamesliulaw@gmail.com>

---

## 26-cv-343, PAWD, Wang v. Schedule A Defs.,

---

**Wright, Hollyn [C]** <wrhollyn@amazon.com>                                   Tue, Mar 17, 2026 at 11:31 AM
To: Jianyin Liu <jamesliulaw@gmail.com>
Cc: "Andy.Liu@aptumlaw.us" <Andy.Liu@aptumlaw.us>

Good morning Jianyin – we have released the seller accounts – but we must receive specific instruction from the rights owner in order to reinstate the ASINs and they only requested that we release the accounts.

Thank you,

-Holly


With appreciation,

Holly Wright

Paralegal

(She/Her)

E: wrhollyn@amazon.com

Time Zone: Central


**amazon**

NOTICE:  This communication may contain privileged or other confidential information.  If you are not the intended recipient, or believe that you have received this communication in error, please do not print, copy, transmit, disseminate, or otherwise use the information.  Also, please indicate to the sender that you have received this email in error, and delete the copy you received.  Thank you.

---

**From:** Jianyin Liu <jamesliulaw@gmail.com>
**Sent:** Monday, March 16, 2026 2:06 PM
**To:** Wright, Hollyn [C] <wrhollyn@amazon.com>

**Cc:** Andy.Liu@aptumlaw.us
**Subject:** [EXTERNAL] 26-cv-343, PAWD, Wang v. Schedule A Defs.,

**CAUTION**: This email originated from outside of the organization. Do not click links or open attachments unless you can confirm the sender and know the content is safe.

Hi Hollyn,

For the following defendant, Plaintiff voluntarily dismissed it. Can you please release the store and reinstate the ASINs?

Thanks.

Store Name: QUFA Accessory Store

Seller ID: A2MTU67GPG0L6K

ASIN: B0D11GJ1XC and B0DS933QNN

Sincerely,

Jianyin Liu, Esq.
The Law Offices of James Liu PLLC
15750 SW 92nd Ave Unit 20C,
Palmetto Bay, FL 33157
Ph: (305) 209 6188   Fax: (305) 402 5959
Email: jamesliulaw@gmail.com
Http://jamesliulaw.com

2021 Local News Report for Case-Winning in Florida South District Court
Link: https://mp.weixin.qq.com/s/SQit6bWleumMrqi96Pv1MQ
"2019 Outstanding Alumni in Pro Bono Service"
as Awarded by FAMU School of Law
"Guardian of Justice of 2018"
as Awarded by Community Legal Service of Mid-Florida