Monday 09:20

Why not from official email account?

Andy.Liu@AptumLaw.us

Monday 10:14

It is not acceptable.

It must come from any official email account from Andy.Liu

Monday 10:42