## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| XIAOQIAO WANG,<br><br>Plaintiff,<br><br>v.<br><br>SCHEDULE A DEFENDANTS,<br><br>Defendants. | Civil Case No.: 2:26-cv-00343-WSS<br><br>JURY TRIAL DEMANDED |

### REPLY MEMORANDUM IN SUPPORT OF
### CROSS-MOTION TO REVOKE MR. JIANYI LIU'S PRO HAV VICE ADMISSION

First, as shown in the Exhibit A, on March 18, 2026, after the March 16 dismissal, Plaintiff notified Amazon about releasing all settled defendants' account and product listings, including Defendant QUFA's. On these basis alone, Defendant QUFA's motion for sanction should be denied for lacking factual basis. If there is a particular language that Defendant QUFA prefers, Plaintiff will assist.

Second, Defendant Qufa Mr. Jianyi Liu conflates the chunks of words spilled and number of motions jammed into the court's docket with the power of advocacy. In litigation, however, it is the opposite. A straightforward, friendly email between counsels works wonder and could have lifted Defendant Qufa from its current self-

inflicted dilemma.

Here, Defendant Qufa chose to lodge personal threats against opposing counsel and lodged dozens of motions, declarations, and exhibits, consistent with what its counsel does in other districts.

None was needed, had Defendant Qufa been more civil about what exactly it prefers. As most attorneys know, threatening opposing counsel with lawsuits and bar complaints is shameful and illegitimate.

Something needs to be done about Mr. Jianyi Liu's threatened but baseless lawsuit and bar complaint against opposing counsel, and we respectfully ask the Court to do it.

Date: March 20, 2026        Respectfully submitted,

/s/ Zheng "Andy" Liu
Zheng "Andy" Liu (CA- 279327)
*Aptum Law*
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Email: Andy.Liu@AptumLaw.us
Phone: 650-475-6289

*ATTORNEY FOR PLAINTIFF*

# EXHIBIT A

# EXHIBIT A

 Gmail

## RE: 回复: 回复: Takedown Request - Wang v. Schedule A Defendants; Case No.: 26-cv-343

**TRO Notices** <tro-notices@amazon.com>                                      Thu, Mar 19, 2026 at 6:45 AM
To: hkoscarlam <hkoscarlam@gmail.com>
Cc: "Liu, Zheng" <bjliuzheng@gmail.com>, Andy Liu <andy.liu@aptumlaw.us>, IP Lawyer Han <hz8364@gmail.com>

Hi Team,

This request to release the seller(s) and reinstate ASIN's referenced on the NOD is in process as it relates to this TRO. They will be notified directly of the release within 24-48 hours, provided they have no additional unrelated legal holds.

Thank you,

Kishan Singh

Legal Operations

E:ekishans@amazon.com

Time Zone: India

amazon

**From:** hkoscarlam <hkoscarlam@gmail.com>
**Sent:** Wednesday, March 18, 2026 6:49 PM
**To:** TRO Notices <tro-notices@amazon.com>
**Cc:** Liu, Zheng <bjliuzheng@gmail.com>; Andy Liu <andy.liu@aptumlaw.us>; IP Lawyer Han <hz8364@gmail.com>; Shrivastava, Devyani [C] <devyshri@amazon.com>
**Subject:** Re: 回复: 回复: Takedown Request - Wang v. Schedule A Defendants; Case No.: 26-cv-343

Hello,

Absolutely. Please reinstate the ASINs listed below:

11.  Seller QUFA Accessory Store (Store ID: A2MTU67GPG0L6K)—associated ASIN(s): **B0D11GJ1XC** and **B0DS933QNN;**

Thank you,

Oscar Lam

Clerk for Attorney Zheng "Andy" Liu | CA Process Server | *Aptum* Law

626.550.7922 | 1660 S. Amphlett Blvd. Ste. 315, San Mateo, California

On Wed, Mar 18, 2026 at 6:06 AM TRO Notices <tro-notices@amazon.com> wrote:

Hi Team,

Could you please share a detailed list that includes the seller details along with the associated ASINs for which reinstatement needs to be processed?

This will help ensure we proceed accurately with the required actions.

Thank you,

Kishan Singh

Legal Operations

E:ekishans@amazon.com

Time Zone: India



---

**From:** hkoscarlam <hkoscarlam@gmail.com>
**Sent:** Wednesday, March 18, 2026 6:25 PM
**To:** TRO Notices <tro-notices@amazon.com>
**Cc:** Liu, Zheng <bjliuzheng@gmail.com>; Andy Liu <andy.liu@aptumlaw.us>; Shrivastava, Devyani [C] <devyshri@amazon.com>; IP Lawyer Han <hz8364@gmail.com>
**Subject:** Re: 回复: 回复: Takedown Request - Wang v. Schedule A Defendants; Case No.: 26-cv-343

Hi,

Please reinstate the following ASINs:



7. B0D11GJ1XC
8. B0DS933QNN

Thank you,

Oscar Lam

Clerk for Attorney Zheng "Andy" Liu | CA Process Server | *Aptum* Law

626.550.7922 | 1660 S. Amphlett Blvd. Ste. 315, San Mateo, California

On Wed, Mar 18, 2026 at 5:51 AM TRO Notices <tro-notices@amazon.com> wrote:

Hi Team,

This request to release the seller(s) referenced on the NOD is in process as it relates to this TRO. They will be notified directly of the release within 24-48 hours, provided they have no additional unrelated legal holds.

█████████████████████████████████████████████

Thank you,

Kishan Singh

Legal Operations

E:ekishans@amazon.com

Time Zone: India

amazon

---

**From:** hkoscarlam <hkoscarlam@gmail.com>
**Sent:** Wednesday, March 18, 2026 3:55 PM
**To:** TRO Notices <tro-notices@amazon.com>
**Cc:** Liu, Zheng <bjliuzheng@gmail.com>; Shrivastava, Devyani [C] <devyshri@amazon.com>; Andy Liu <andy.liu@aptumlaw.us>; IP Lawyer Han <hz8364@gmail.com>
**Subject:** Re: 回复：回复：Takedown Request - Wang v. Schedule A Defendants; Case No.: 26-cv-343

Dear Amazon Legal Department,

Please be notified that Plaintiff has dismissed the action (2:26-cv-343) commenced against the following sellers:

███████████████████████████████████

- Defendant #11—Seller QUFA Accessory Store (Store ID: A2MTU67GPG0L6K);

███████████████████████████████████

The attached notice to dismiss the action has been filed with the Court. Since the action against the above-mentioned defendants has been dismissed, their respective accounts shall no longer be subjects of the TRO. Our office respectfully asks that you unfreeze their accounts and ASIN(s) respective to each defendant in the attachment at your earliest convenience.

We appreciate your prompt attention to this matter..

Thank you,

Oscar Lam