# Exhibit 1

US011730081B1

(12) **United States Patent**

Hamilton

(10) **Patent No.:** **US 11,730,081 B1**

(45) **Date of Patent:** **Aug. 22, 2023**

(54) **ERGONOMIC GRIP FOR WEED TRIMMER**

(71) Applicant: **Robbie Hamilton**, Huntsville, AL (US)

(72) Inventor: **Robbie Hamilton**, Huntsville, AL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 336 days.

(21) Appl. No.: **17/113,767**

(22) Filed: **Dec. 7, 2020**

**Related U.S. Application Data**

(63) Continuation of application No. 16/399,464, filed on Apr. 30, 2019, now abandoned.

(60) Provisional application No. 62/764,427, filed on Aug. 2, 2018, provisional application No. 62/762,861, filed on May 24, 2018.

(51) **Int. Cl.**
  *A01D 34/90* (2006.01)
  *A01D 34/82* (2006.01)
  *A01B 1/02* (2006.01)
  *B25F 5/02* (2006.01)

(52) **U.S. Cl.**
  CPC ............ *A01D 34/902* (2013.01); *A01B 1/026* (2013.01); *A01D 34/824* (2013.01); *B25F 5/026* (2013.01); *A01D 34/90* (2013.01)

(58) **Field of Classification Search**
  CPC .... A01D 34/902; A01D 34/824; A01D 34/90; A01B 1/026; B25F 5/024; B25F 5/026
  See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 85,956 | A | * | 1/1869 | Pinkham | A47L 11/4038 15/247 |
| 1,534,075 | A | * | 4/1925 | Parrish | A01B 1/026 294/58 |
| 1,586,056 | A | * | 5/1926 | Walsh | A01B 1/026 294/58 |
| 2,244,585 | A | * | 6/1941 | Tweit | A01B 1/00 294/58 |
| 3,781,991 | A | * | 1/1974 | Stretton | A01D 34/902 30/276 |
| 4,179,805 | A | * | 12/1979 | Yamada | B27B 17/0008 30/296.1 |
| 4,226,021 | A | * | 10/1980 | Hoff | A01D 34/902 30/276 |
| 4,282,652 | A | * | 8/1981 | Ballas, Sr. | A01D 34/902 30/276 |
| 4,288,171 | A | * | 9/1981 | Kottke | A01G 3/00 403/389 |
| 4,364,435 | A | * | 12/1982 | Tuggle | A01G 3/062 30/296.1 |

(Continued)

*Primary Examiner* — Jeffrey O'Brien
(74) *Attorney, Agent, or Firm* — Bradley Arant Boult Cummings LLP

(57) **ABSTRACT**

The present disclosure provides a handle attachment for attaching to a main shaft of a weed trimmer. The handle attachment comprises a clamping mechanism, a shaft coupled to the clamping mechanism, and a grip coupled to the shaft. The clamping mechanism is configured to be coupled to the main shaft of the weed trimmer closer to a distal end of the main shaft than to the proximal end of the main shaft. The shaft is configured to extend towards the proximal end of the main shaft and at least partially above the main shaft. The grip is configured to be positioned closer to the proximal end of the main shaft than to the distal end of the main shaft. The grip is further positioned above a standard weed trimmer and perpendicular the main shaft. Positioning the grip above the standard grip reduces back and hip strain on the user.

**18 Claims, 10 Drawing Sheets**



## US 11,730,081 B1

Page 2

(56)            **References Cited**

U.S. PATENT DOCUMENTS

RE32,266 E  *  10/1986  Tuggle ................... A01D 34/84
                                                     172/15
4,838,465  A  *   6/1989  Metzger ................. E04G 21/04
                                                     222/526
4,958,407  A  *   9/1990  Johnson ................ B25G 1/102
                                                     294/58
5,065,475  A  *  11/1991  Watt ......................... A01D 7/00
                                                     294/58
5,411,305  A  *   5/1995  Revoldt ................... B25G 3/24
                                                     294/58
5,496,085  A  *   3/1996  Middleton .............. B25G 1/00
                                                     294/58
5,499,852  A  *   3/1996  Seigendall .............. B25G 1/00
                                                     294/58
5,661,960  A  *   9/1997  Smith ................. A01D 34/902
                                                     56/DIG. 18
5,740,613  A  *   4/1998  Swistun .............. A01D 34/902
                                                     30/296.1
6,082,087  A  *   7/2000  Tada ........................ A01G 3/06
                                                     56/DIG. 18
6,283,522  B1 *   9/2001  Renaud ................... B25G 1/00
                                                     294/58
6,485,076  B1 *  11/2002  Chang ..................... B25G 1/00
                                                     294/58
6,536,117  B2 *   3/2003  Schweigert .......... A01D 34/902
                                                     30/276
6,581,246  B1 *   6/2003  Polette ................... A01D 34/90
                                                     16/444
6,701,623  B2 *   3/2004  Sanders ................ A01G 3/062
                                                     30/296.1
7,331,620  B2 *   2/2008  Wang ..................... A01B 1/026
                                                     403/379.5
8,562,238  B2 *  10/2013  Hasei ....................... B25F 5/02
                                                     403/396
8,667,648  B2 *   3/2014  Vierck ................... B25F 5/026
                                                     30/296.1
9,775,272  B1 *  10/2017  Gilbert ................... A01B 1/026
9,918,429  B1 *   3/2018  Di Lallo ................ A01B 1/026
9,943,953  B2 *   4/2018  Fritz ........................ B25G 1/06
10,694,672  B2 *   6/2020  Eiserer ................. A01D 34/416

2003/0074765  A1 *   4/2003  Quimby ................... A01B 1/00
                                                     16/426
2003/0126749  A1 *   7/2003  Sanders ................ A01G 3/062
                                                     30/296.1
2006/0123634  A1    6/2006  Peterson et al.
2006/0123635  A1 *   6/2006  Hurley ................. A01D 34/902
                                                     30/276
2009/0038283  A1 *   2/2009  Hurley ................... A01D 34/84
                                                     56/12.7
2009/0188354  A1 *   7/2009  Harris ................. A01D 34/902
                                                     172/14
2009/0272778  A1 *  11/2009  Hurley ................. A01D 34/902
                                                     224/637
2010/0031515  A1 *   2/2010  Hurley ................. A01D 34/902
                                                     30/276
2010/0088902  A1 *   4/2010  Hurley ................. A01D 34/902
                                                     30/286
2011/0203118  A1 *   8/2011  Saito ................... A01D 34/902
                                                     30/276
2012/0085205  A1 *   4/2012  Quick ................... A01D 34/824
                                                     81/489
2012/0168289  A1 *   7/2012  Ito ........................ A01D 34/902
                                                     200/61.85
2013/0142563  A1 *   6/2013  Sumi ................... A01D 34/902
                                                     403/109.1
2013/0247386  A1 *   9/2013  Ishikawa ............... A01D 34/90
                                                     30/296.1
2014/0013542  A1 *   1/2014  Wang ..................... A01D 34/90
                                                     16/429
2014/0208597  A1 *   7/2014  Zhou ..................... A01D 34/90
                                                     30/276
2014/0260839  A1 *   9/2014  Hurley ................... B25F 5/026
                                                     81/489
2015/0313079  A1 *  11/2015  Wang ................... A01D 34/902
                                                     30/275.4
2015/0334917  A1 *  11/2015  Durden ................. A01D 34/84
                                                     16/24
2017/0273239  A1 *   9/2017  Ota ........................ A01D 34/68
2018/0103584  A1 *   4/2018  Orton ................... A01D 34/416
2018/0332766  A1 *  11/2018  Ackerman ........... A01D 34/902
2018/0359899  A1 *  12/2018  Cote ...................... A01B 1/028
2020/0171644  A1 *   6/2020  Piotrowski ............ A01B 1/026
2020/0296891  A1 *   9/2020  Bohrer ................... B25F 5/026

* cited by examiner



FIG. 1

Prior Art



FIG. 2



FIG. 3



FIG. 4

U.S. Patent     Aug. 22, 2023     Sheet 5 of 10     US 11,730,081 B1



FIG. 5



FIG. 6          FIG. 7



FIG. 8



FIG. 9



FIG. 10



FIG. 11

FIG. 12



FIG. 13

US 11,730,081 B1

**1**

## ERGONOMIC GRIP FOR WEED TRIMMER

A portion of the disclosure of this patent document contains material that is subject to copyright protection. The copyright owner has no objection to the reproduction of the patent document or the patent disclosure, as it appears in the U.S. Patent and Trademark Office patent file or records, but otherwise reserves all copyright rights whatsoever.

### CROSS-REFERENCES TO RELATED APPLICATIONS

This application claims benefit of the following patent application which is hereby incorporated by reference: U.S. patent application Ser. No. 16/399,464 filed Apr. 30, 2019, entitled "Ergonomic Grip For Weed Trimmer," which claims priority to U.S. Provision Patent Application Serial No. 62/762,861 filed May 24, 2018 and U.S. Provisional Patent Application Ser. No. 62/764,427 filed on Aug. 2, 2018.

### BACKGROUND

#### 1. Field of the Invention

This device is an attachment that a user can install onto the main shaft of a weed trimmer, edger, or the like. The attachment may be installed by clamping it onto the length of the main shaft. The attachment allows a user to ergonomically grip the weed trimmer or edger so that the user maintains a more upright position alleviating or reducing back strain and back injury.

#### 2. Description of the Prior Art

A number of grass trimmer grips are disclosed in the prior art for gripping a weed trimmer, edger, or similar device. All grass trimmers and grass edgers commercially available include a standard grip that creates a fulcrum point forcing a user to bend at the waist to trim grass, causing user fatigue.

Di Lallo (U.S. Pat. No. 9,918,429 B1) discloses an ergonomic trimmer handle that attaches to the main shaft of a grass trimmer The trimmer handle comprises a lateral bar that runs perpendicular to the main shaft. The lateral bar extends out approximately two feet. This allows a user to grip both the attachment and the handle installed on the grass trimmer The perpendicular configuration allows a user a more ergonomic grip. This device provides a means for a user to manipulate a grass trimmer with two hands. This device could not be used alone without the standard grip. A standard grip requires a user to bend at the waist to trim the grass, causing user fatigue.

Smith et al. (U.S. Pat. No. 5,661,960) discloses a handle assembly that provides a forearm rest, a first handle in line with the forearm rest, and a second handle positioned to a side of the forearm rest and first handle. The device of Smith et al. allows a user to control a grass trimmer using two hands while the forearm of the first handle acts as a fulcrum for the device. Users of this device suffer from strain and fatigue along their forearm, which is maintained as the fulcrum of the device. Additionally, users suffer strain and fatigue at the waist because the device requires a user must rotate about the waist in a sweeping motion to cut grass. Additionally, a user must use two hands to sweep the grass trimmer from side to side. It is often difficult for a user to devote both hands to operating a grass trimmer A user may have to stop trimming grass, and put the device down to free

**2**

up a hand. This device is difficult to use and requires coordination of both hands and a user's forearm to manipulate the device.

A device is needed that can allow a user to trim grass with a gas or electric-powered grass trimmer with minimal waist and arm fatigue. Additionally, an ergonomic device is needed that does not force a user to rotate about the waist reducing waist fatigue.

### BRIEF SUMMARY

This device comprises a handle attachment that may be reversibly coupled to an electric-powered or gas-powered grass trimmer, grass edger, or similar tool. The handle device includes an ergonomic grip that is positioned above the standard grip provided with the grass trimmer or edger at purchase. The positioning of the ergonomic grip allows a user to hold the grass trimmer without bending at the waist. The handle attachment clamps or attaches to the main shaft of the grass trimmer or edger closer to the head of the grass trimmer or edger than the standard grip provided with the tool at the time of purchase. The clamping of the device near the head of the grass trimmer or edger moves the fulcrum of the device down the length of the main shaft allowing a user to exert better control over the trimmer or edger during use, which also permits the ergonomic handle to be positioned above the standard grip provided at the time of purchase. If the fulcrum of the grass trimmer or edger is not moved closer to the head of the tool, the ergonomic handle could not be positioned closer to the body of a user because the device would be uncontrollable.

One aspect in accordance with the embodiments disclosed herein is a handle attachment configured to be coupled to a main shaft of a weed trimmer for reducing back strain and increasing control of a trimmer head of the weed trimmer. The main shaft includes a proximal end and a distal end to which the trimmer head is attached opposite the proximal end. The handle attachment comprises a clamping mechanism, a shaft, and a grip. The clamping mechanism is configured to be coupled to the main shaft of the weed trimmer closer to the distal end than to the proximal end. The shaft is coupled to the clamping mechanism and is configured to extend towards the proximal end of the main shaft and at least partially above the main shaft. The grip is coupled to the shaft and is configured to be positioned closer to the proximal end of the main shaft than to the distal end of the main shaft. The grip is further positioned above and perpendicular the main shaft.

In certain embodiments in accordance with this aspect, the grip may be configured to be positioned further above the main shaft than a standard grip of the weed trimmer. The stand grip is positioned closer to the proximal end of the weed trimmer than to the distal end of the weed trimmer. In accordance with this aspect, the grip provides an improved balance point for the weed trimmer as compared to the standard grip when the handle attachment is coupled to the weed trimmer.

In other embodiments in accordance with this aspect, an offset of the grip above the main shaft of the weed trimmer is adjustable. In accordance with this aspect, a position of the shaft may be fixed once coupled to the clamping mechanism.

In other embodiments in accordance with this aspect, the clamping mechanism may be reversibly couplable to the main shaft of the weed trimmer to adjust a position of the shaft relative to the main shaft.

US 11,730,081 B1

**3**

In other embodiments in accordance with this aspect, the shaft may further include a first end configured to be coupled to the clamping mechanism and a second end configured to be coupled to the grip.

In other embodiments in accordance with this aspect, the handle attachment may further comprise a clamping shaft extending from the first end of the shaft and an ergonomic shaft extending from the second end of the shaft parallel to the clamping shaft. The clamping shaft may be configured to be coupled to the clamping mechanism. The ergonomic shaft may be configured to receive the grip.

In other embodiments in accordance with this aspect, the clamping shaft may be rotatably adjustable within the clamping mechanism to adjust and fix an offset of the ergonomic shaft above the main shaft of the weed trimmer.

In other embodiments in accordance with this aspect, each of the clamping shaft and the ergonomic shaft may be positioned perpendicular to the shaft extending between the clamping shaft and the ergonomic shaft.

In other embodiments in accordance with this aspect, the shaft may be a straight shaft.

In other embodiments in accordance with this aspect, the shaft may be an angled shaft having a lower portion angled relative to an upper portion, the lower portion configured to be positioned parallel to the main shaft of the weed trimmer

In other embodiments in accordance with this aspect, the shaft may be a curved shaft having multiple curves defined between a first end of the shaft and a second end of the shaft.

In other embodiments in accordance with this aspect, the camping mechanism may define a fulcrum point positioned closer to the distal end of the main shaft than to the proximal end of the main shaft. The fulcrum point may be configured to increase a user's control of the trimmer head as compared to a standard grip of the weed trimmer when the handle attachment is coupled to the weed trimmer.

In other embodiments in accordance with this aspect, the clamping mechanism may be configured to fixedly position the shaft relative to the main shaft of the weed trimmer.

One aspect in accordance with the embodiments disclosed herein is a handle attachment configured to be coupled to a main shaft of a weed trimmer for reducing back strain and increasing control of a trimmer head of the weed trimmer. The main shaft of the weed trimmer includes a proximal end and a distal end to which the trimmer head is attached opposite the proximal end. The weed trimmer further includes a standard grop coupled to the main shaft closer to the proximal end than to the distal end. The handle attachment comprises a clamping mechanism, a shaft, and a grip. The clamping mechanism is configured to be coupled to the main shaft closer to the distal end than to the proximal end. The shaft is coupled to the clamping mechanism and configured to extend towards the proximal end of the main shaft and at least partially above the main shaft. The shaft includes a first end with a clamping shaft extending therefrom and a second end with an ergonomic shaft extending therefrom parallel to the clamping shaft. Both the clamping shaft and the ergonomic shaft configured to be positioned perpendicular to the main shaft of the weed trimmer. The grip coupled to the ergonomic shaft. The clamping mechanism defines a fulcrum point configured to enable a user to more precisely control a position of the trimmer head of the weed trimmer as compared to the standard grip of the weed trimmer.

In certain embodiments in accordance with this aspect, the grip may be configured to be positioned closer to the proximal end of the main shaft of the weed trimmer than to the distal end of the main shaft.

**4**

In other embodiments in accordance with this aspect, the ergonomic shaft may be configured to be positioned above and further from the main shaft of the weed trimmer than the standard grip. The grip is configured to be engaged by a user to reduce a back angle of the user of the weed trimmer as compart to engaging the standard grip.

In other embodiments in accordance with this aspect, the clamping mechanism may be configured to fix a position of the shaft relative to the main shaft of the weed trimmer.

In other embodiments in accordance with this aspect, the ergonomic shaft is configured to be positioned further from the main shaft of the weed trimmer than a standard grip of the weed trimmer.

Another aspect in accordance with the embodiments disclosed herein is a method of using a handle attachment. The method comprises step (a) providing the handle attachment coupled to a main shaft of a weed trimmer closer to a distal end of the weed trimmer than to a proximal end of the weed trimmer, the weed trimmer including a standard grip coupled to the main shaft closer of the weed trimmer to the proximal end than to the distal end, and step (b) engaging a grip of the handle attachment to reduce a back angle of the user as compared to gripping the standard grip, the grip positioned closer to the proximal end of the weed trimmer than to the distal end of the weed trimmer and further away from the main shaft of the weed trimmer than the standard grip.

In certain embodiments in accordance with this aspect, step (b) of the method may further comprise increase a user's control of a trimmer head coupled to the distal end of the weed trimmer as compared to engaging the standard grip of the weed trimmer.

In certain embodiments in accordance with this aspect, step (b) of the method may further comprise reducing a back angle of a user as compared to engaging the standard grip of the weed trimmer.

### BRIEF DESCRIPTION OF THE SEVERAL VIEWS OF THE DRAWINGS

The invention is described in detail below with reference to the appended drawings.

FIGS. **1** through **13** depict the Ergonomic Grip for Weed Trimmer In the Figures:

FIG. **1** depicts a user operating a weed trimmer wherein the weed trimmer includes a grip known in the prior art.

FIG. **2** depicts a user operating the weed trimmer of FIG. **1** wherein the Ergonomic Grip for Weed Trimmer has been installed.

FIG. **3** depicts a user operating the weed trimmer of FIG. **1** wherein an alternate embodiment of the Ergonomic Grip for Weed Trimmer has been installed.

FIG. **4** shows an angled, side view of the device of FIG. **2** with the weed trimmer handle cut away.

FIG. **5** illustrates an exploded view of the device of FIG. **4**.

FIG. **6** illustrates a top view of the device of FIG. **4**.

FIG. **7** is a bottom view of the device of FIG. **4**.

FIG. **8** depicts a side view of the device of FIG. **4**.

FIG. **9** is a side, angled view of the device with an angled shaft wherein the weed trimmer handle has been cut away.

FIG. **10** is an exploded view of FIG. **9**.

FIG. **11** is a top view of the device of FIG. **9**, while FIG. **12** is a side view.

US 11,730,081 B1

**5**

FIG. **13** is a side, angled view of the device of FIG. **9** with a "T" shaped ergonomic handle.

## DETAILED DESCRIPTION

While this invention is susceptible of embodiment in many different forms, there are shown in the drawings and will herein be described in detail, several embodiments with the understanding that the present disclosure should be considered as an exemplification of the principles of the invention and is not intended to limit the invention to the embodiments so illustrated. Further, to the extent that any numerical values or other specifics of materials, etc., are provided herein, they are to be construed as exemplifications of the inventions herein, and the inventions are not to be considered as limited thereto.

The following description and drawings are illustrative and are not to be construed as limiting. Numerous specific details are described to provide a thorough understanding of the disclosure. However, in certain instances, well-known or conventional details are not described in order to avoid obscuring the description. References to one, or an embodiment in the present disclosure, can be, but not necessarily, references to the same embodiment; and, such references mean at least one of the embodiments.

Reference in this specification to "one embodiment" or "an embodiment" means that a particular feature, structure, or characteristic described in connection with the embodiment is included in at least one embodiment of the disclosure. The appearances of the phrase "in one embodiment" in various places in the specification are not necessarily all referring to the same embodiment, nor are separate or alternative embodiments mutually exclusive of other embodiments. Moreover, various features are described which may be exhibited by some embodiments and not by others. Similarly, various requirements are described which may be requirements for some embodiments, but not other embodiments.

The terms used in this specification generally have their ordinary meanings in the art, within the context of the disclosure, and in the specific context where each term is used. Certain terms that are used to describe the disclosure are discussed below, or elsewhere in the specification, to provide additional guidance to the practitioner regarding the description of the disclosure. For convenience, certain terms may be highlighted, for example using italics and/or quotation marks. The use of highlighting has no influence on the scope and meaning of a term; the scope and meaning of a term is the same, in the same context, whether or not it is highlighted. It will be appreciated that the same term can be said in more than one way.

Consequently, alternative language and synonyms may be used for any one or more of the terms discussed herein, or is any special significance to be placed upon whether or not a term is elaborated or discussed herein. Synonyms for certain terms are provided. A recital of one or more synonyms does not exclude the use of other synonyms. The use of examples anywhere in this specification, including examples of any terms discussed herein, is illustrative only, and in no way limits the scope and meaning of the disclosure or of any exemplified term. Likewise, the disclosure is not limited to various embodiments given in this specification.

Unless otherwise defined, all technical and scientific terms used herein have the same meaning as commonly understood by one of ordinary skill in the art to which this disclosure pertains. In the case of conflict, the present document, including definitions will control.

**6**

FIG. **1** depicts a commercially-available grass and weed trimmer being utilized to trim grass. The handle device disclosed herein may be formed onto a new grass and weed trimmer before the point of first sale to a consumer. Alternately, the handle device may be retrofitted onto a weed trimmer or edger after first sale to a consumer. Note that hand **5** of user **2** grips standard grip **4** that is provided at the time of purchase of the grass trimmer User **2** places his or her right hand (not shown in FIG. **1**, only the left hand is shown in FIGS. **1**, **2** and **3**) on the end of the device that is opposite trimmer head **7**. In order to place hand **5** upon standard grip **4**, user **2** must rotate about the waist in the B direction. The rotation of user **2** about the waist in the B direction causes stress and strain on the waist and back of user **2**. A device is needed that reduces the stress and strain upon the waist and back of user **2** by reducing or eliminating rotation in the B direction at the user's waist while operating a grass trimmer or edger.

The positioning of standard grip **4** along main shaft **16** of the grass trimmer creates fulcrum F**1** which is the fulcrum upon which trimmer head **7** is manipulated while operating a grass trimmer or edger. The back of user **2** is rotated from line Y to line Z forming angle A**1** during operation of a grass trimmer or edger. Angle A**1** is the angle formed between line Z, which is a line projected from the waist of user **2**, and line Y, which is perpendicular to the ground upon which user **2** is positioned. The rotation of user **2** about angle A**1** causes stress and strain upon the back and arm muscles of user **2**. A device is needed that reduces the stress and strain in user **2** that is caused by rotation about angle A**1**.

FIG. **2** illustrates user **2** with the Ergonomic Grip for Weed Trimmer attached to main shaft **16** of the grass trimmer (grass trimmer and weed trimmer are used interchangeably). The Ergonomic Grip for Weed Trimmer comprises ergonomic grip **10**, clamping mechanism **12**, and shaft **14**. The device may be formed of aluminum, steel, fiberglass, or any material that is lightweight yet strong enough to support a grass trimmer or grass edger. Ergonomic grip **10** can be formed for left or right-handed individuals. Clamping mechanism **12** may be any means that couples the device onto main shaft **16** of a grass trimmer or edger. Clamping mechanism **12** may allow the device to be reversibly positioned along main shaft **16** at a position and angle that allows user **2** to more comfortably operate the weed trimmer or edger. For example, ergonomic grip **10** may be rotated in the D direction by altering the placement of clamping mechanism **12** about main shaft **16** so that ergonomic grip **10** is positioned to the side of standard grip **4**. Ergonomic grip **10** may be positioned in the E direction per user **2** preference so that the ergonomic grip **10** may be parallel or perpendicular to standard grip **4**. Ergonomic grip **10** may be any means that allows a user to firmly and comfortably grip the device during use.

Hand **5** of user **2** is positioned upon ergonomic grip **10**, which is positioned above standard grip **4**. The Ergonomic Grip for Weed Trimmer is clamped onto main shaft **16** so that fulcrum F**2** is positioned closer to trimmer head **7** than fulcrum F**1**, which is formed at standard grip **4**, allowing user **2** to have greater control over the movement of trimmer head **7** while operating the weed trimmer or edger.

The distance between hand **5** of user **2** and main shaft **16** is marked length L**2**. Note that length L**2** is significantly longer than length L**1**, which is the length between a user's hand **5** while gripping standard grip **4** and main shaft **16** (as shown in FIG. **1**). The positioning of the Ergonomic Grip for Weed Trimmer device at length L**2** reduces the angle which user **2** must bend while trimming or edging, reducing stress

US 11,730,081 B1

7

and strain on the back of user **2**. And, the positioning of a user's hand **5** about the Ergonomic Grip for Weed Trimmer device eliminates the need for user **2** to rotate about the waist as was seen in FIG. **1** wherein user **2** was gripping standard grip **4** (rotation about B, FIG. **1**).

The back of user **2** is rotated about angle A**2**. Angle A**2** is the angle formed between line Z, which is a line projected from the waist of user **2**, and line Y, which is perpendicular to the ground upon which user **2** is positioned. Note that angle A**2** is smaller (fewer radians) than angle A**1**, which is the angle seen when a user is gripping the trimmer or edger using standard grip **4** (shown in FIG. **1**). The change in the position of the back of user **2** from angle A**1** to A**2** reduces stress and strain on user **2** allowing user **2** to operate the grass trimmer or edger for a longer period of time than when using standard grip **4**.

Ergonomic grip **10** may be reversibly, or irreversibly, positioned along main shaft **16** via rotation of shaft **14** at clamping mechanism **12** about angle D. Angle D is the angle upon which the Ergonomic Grip for Weed Trimmer device may be rotated relative to standard grip **4** and main shaft **16**. This allows user **2** to position ergonomic grip **10** parallel, perpendicular, or any position between parallel and perpendicular, to standard grip **4**. Shaft **14** may be reversibly positioned along line E per user **2** preference. Line E is the line upon which ergonomic grip **10** may be positioned relative to standard grip **4** and main shaft **16**. Positioning clamping mechanism **12** about main shaft **16** at fulcrum F**2** allows shaft **14** to be positioned and re-positioned along line E.

FIG. **3** depicts user **2** with an alternate embodiment of the Ergonomic Grip for Weed Trimmer The Ergonomic Grip for Weed Trimmer comprises ergonomic grip **10**, straight shaft **34** and clamping mechanism **12**. Hand **5** of user **2** is positioned upon ergonomic grip **10**, which is positioned above standard grip **4** providing user **2** with better control of trimmer head **7** while trimming and edging. The Ergonomic Grip for Weed Trimmer is clamped onto main shaft **16** so that fulcrum F**2** is positioned closer to trimmer head **7** than fulcrum F**1** at standard grip **4**. The distance between hand **5** of user **2** and main shaft **16** is marked length L**2**. As noted for FIG. **2**, length L**2** is significantly longer than length L**1**, which is the length between a user's hand **5** while gripping standard grip **4** and main shaft **16** (as shown in FIG. **1**). Although the position of a user's hand **5** on standard grip **4** requires user **2** to rotate about the waist when operating the grass trimmer or edger (rotation about B, FIG. **1**), a user **2** gripping ergonomic grip **10** does not have to rotate about the waist, reducing stress and strain upon his or her waist and back. The back of user **2** is rotated about angle A**2**. Angle A**2** is the angle formed between line Z, which is a line projected from the waist of user **2**, and line Y, which is perpendicular to the ground upon which user **2** is positioned. As previously noted for FIG. **2**, angle A**2** is smaller (fewer radians) than angle A**1**, reducing stress and strain on the back of user **2** while trimming and edging. The position of clasping mechanism **12** creates fulcrum F**2** which allows a user to have greater control while weed trimming or edging relative to fulcrum F**1** formed at the point standard grip **4** is positioned upon main shaft **16**.

Ergonomic grip **10** may be reversibly, or irreversibly, positioned along main shaft **16** via rotation of straight shaft **34** at clamping mechanism **12** about angle D. Angle D is the angle upon which the Ergonomic Grip for Weed Trimmer device may be rotated relative to standard grip **4** and main shaft **16**. This allows user **2** to position ergonomic grip **10** parallel, perpendicular, or any position between parallel and

8

perpendicular, to standard grip **4**. Straight shaft **34** may be reversibly positioned along line E per user **2** preference. Line E is the line upon which ergonomic grip **10** may be positioned relative to standard grip **4** and main shaft **16**. Positioning clamping mechanism **12** about main shaft **16** at fulcrum F**2** allows straight shaft **34** to be positioned and re-positioned along line E.

FIG. **4** depicts the device herein attached to main shaft **16** of a grass trimmer or grass edger wherein that portion wherein the device is coupled to main shaft **16** has been cut away from the device. Ergonomic grip **10** is formed to be easily and strongly gripped by a user without causing fatigue and/or strain. Ergonomic grip **10** is shown positioned above main shaft **16** and perpendicular to main shaft **16**. Clamping mechanism **12** may be any mechanism that allows the device to be coupled firmly to main shaft **16**. The point wherein clamping mechanism **12** clamps onto main shaft **16** is fulcrum F**2** upon which the user manipulates trimmer head **7**. Shaft **14** runs the length from clamping mechanism **12** to ergonomic grip **10**. Shaft **14** may be curved to allow a user to place a second hand upon the device to enable a user to manipulate the grass trimmer or grass edger in a sweeping manner. Shaft **14** is formed so that ergonomic grip **10** is positioned above or to the side of main shaft **16**.

FIG. **6** depicts a top view of the device of FIG. **4**. Clamping mechanism **12** couples the device to main shaft **16**. Ergonomic grip **10** is shown perpendicular to main shaft **16**. But, a user may rotate shaft **14** so that ergonomic grip **10** is parallel to main shaft **16**, or some position between perpendicular and parallel, as noted above. Shaft **14** includes curved segments **13** and **15** that are connected to each other by second handle **17**, which allows a user to place a hand upon the shaft when needed to permit better control over the movement of the grass trimmer or edger.

A bottom view of the device is shown in FIG. **7**. Note that ergonomic grip **10** is perpendicular to second handle **17**. Curved segments **13** and **15** curve from ergonomic grip **10** and clamping mechanism **12**, respectively, to second handle **17**. A side view of the device of FIG. **5** is shown in FIG. **8**. Ergonomic grip **10** is perpendicular to both main shaft **16** and second handle **17**. Clamping mechanism **12** clamps the device onto main shaft **16**. Curved segments **13** and **15** allow second handle **17** to run parallel to main shaft **16**.

An angled, side view of an alternate embodiment of the device with angled shaft **24** cut away from main shaft **16** of the grass trimmer is shown in FIG. **9**. Ergonomic grip **10** is perpendicular to main shaft **16**. Clamping mechanism **12** clamps the device onto main shaft **16**. Clamping mechanism **12** may be reversibly clamped onto main shaft **16** in any desired position including at an angle extending perpendicular to standard grip **4** (not shown). Alternatively, the device may be clamped onto main shaft **16** so that ergonomic grip **10** is parallel to standard grip **4** (shown in FIGS. **2** and **3**). Angled shaft **24** allows ergonomic grip **10** to be positioned above or to the side of standard grip **4**. Angled shaft **24** may be formed at an angle less than perpendicular so that ergonomic grip **10** may be gripped by a user so that the user's hand is perpendicular to main shaft **16**. Angled shaft **24** may be composed of aluminum, steel, or any other material of sufficient strength to support the operation of a weed trimmer or edger. And, angled shaft **24** may be coated with a material to make it easier for a user to grip along the length of angled shaft **24**.

An exploded view of FIG. **9** is depicted in FIG. **10**. Angled shaft **24** is coupled to ergonomic shaft **21** and clamping shaft **27**. Ergonomic grip **10** is positioned onto ergonomic shaft **21**. Clamping shaft **27** fits within clamping

US 11,730,081 B1

9                                                    10

mechanism **12**. Clamping mechanism **12** fits onto main shaft **16** of the trimmer/edger device. Angled shaft **24** positions ergonomic grip **10** so that a user may grip the weed trimmer or edger device with less stress and strain on a user's back and waist than with a standard weed trimmer or edger grip.

FIG. **11** shows a top view of the device of FIG. **3**, while FIG. **12** depicts a side view. FIG. **11** illustrates straight shaft **34** positioning ergonomic grip **10** perpendicular to main shaft **16**. Ergonomic grip **10** is formed onto or coupled with ergonomic shaft **21**. Straight shaft **34** connects ergonomic grip **10** to clamping shaft **27**. Straight shaft **34** extends ergonomic grip **10** above main shaft **16**. Clamping mechanism **12** may be reversibly positioned along main shaft **16** positioning ergonomic grip **10** in a position that is comfortable during operation of the trimmer or edger. Additionally, clamping mechanism **12** may be positioned about main shaft **16** so that ergonomic grip **10** is either parallel, perpendicular, or some position between parallel and perpendicular relative to standard grip **4**. The position that a user grips ergonomic grip **10** may be manipulated relative to main shaft **16** by rotating clamping shaft **27** within clamping mechanism **12**, which alters the angle that a user grips the device.

Clamping mechanism **12** permits the device to be reversibly coupled to main shaft **16**. Both ergonomic shaft **21** and clamping shaft **27** may run perpendicular to main shaft **16**. FIG. **12** depicts ergonomic grip **10** above and perpendicular to main shaft **16**. The angle of the device relative to main shaft **16** may be manipulated by rotating clamping shaft **27** within clamping mechanism **12**.

A side, angled view of the device of FIG. **9** with a "T" shaped handle is shown in FIG. **13**. Angled shaft **24** includes two ergonomic grips **10** opposite each other forming a "T" shape. The "T" shape allows a user to have more flexibility in gripping the weed trimmer or edger during operation. Ergonomic grip **10** and clamping shaft **27** are parallel to each other and perpendicular to angled shaft **24**. Clamping mechanism **12** is secured onto clamping shaft **27**.

What is claimed is:

**1**. A handle attachment for a weed trimmer having a main shaft, the main shaft including a proximal end and a distal end to which the trimmer head is attached opposite the proximal end, the handle attachment comprising:

a clamping mechanism coupled to the main shaft closer to the distal end than to the proximal end;

a shaft coupled to the clamping mechanism and configured to extend towards the proximal end of the main shaft, the shaft including a lower shaft portion defining a first shaft end, an upper shaft portion defining a second shaft end, and a curved portion positioned between the lower shaft portion and the upper shaft portion, the lower shaft portion, the upper shaft portion, and the curved portion defining a shaft plane parallel to and offset from the main shaft of the weed trimmer, the shaft further including an ergonomic shaft extending from the second end toward the main shaft and a clamping shaft extending from the first end toward the main shaft, the clamping shaft coupled to the clamping mechanism; and

a grip coupled to the ergonomic shaft, the grip positioned closer to the proximal end of the main shaft than to the distal end of the main shaft.

**2**. The handle attachment of claim **1**, wherein:

an offset of the grip above the main shaft of the weed trimmer is adjustable by adjusting a position of the shaft within the clamping mechanism.

**3**. The handle attachment of claim **1**, wherein:

the clamping mechanism is reversibly couplable to the main shaft of the weed trimmer to adjust a position of the shaft relative to the main shaft.

**4**. The handle attachment of claim **1**, wherein:

the clamping shaft is rotatably adjustable within the clamping mechanism to adjust and fix an offset of the ergonomic shaft relative to the main shaft of the weed trimmer.

**5**. The handle attachment of claim **1**, wherein:

the clamping shaft is positioned perpendicular to the shaft plane.

**6**. The handle attachment of claim **1**, wherein:

the lower portion of the shaft is angled relative to the upper portion of the shaft.

**7**. The handle attachment of claim **1**, wherein:

the clamping mechanism defines a fulcrum point positioned closer to the distal end of the main shaft than to the proximal end of the main shaft for improved control of the trimmer head using the grip.

**8**. The handle attachment of claim **1**, wherein:

the clamping mechanism is configured to fixedly position the shaft relative to the main shaft of the weed trimmer.

**9**. The handle attachment of claim **1**, wherein:

the ergonomic shaft is parallel to the clamping shaft.

**10**. The handle attachment of claim **1**, wherein:

the ergonomic shaft is perpendicular to the shaft plane.

**11**. A handle attachment for a weed trimmer having a main shaft, the main shaft including a proximal end and a distal end to which the trimmer head is attached opposite the proximal end, the handle attachment comprising:

a clamping mechanism coupled to the main shaft closer to the distal end than to the proximal end;

a shaft coupled to the clamping mechanism and configured to extend towards the proximal end of the main shaft, the shaft including a first end with a clamping shaft extending therefrom and a second end with an ergonomic shaft extending therefrom parallel to the clamping shaft, both the clamping shaft and the ergonomic shaft positioned perpendicular to the main shaft of the weed trimmer, the shaft further including a first shaft portion positioned terminating at the first end, a second shaft portion terminating at the second end, and a curved portion positioned between the first shaft portion and the second shaft portion, the first shaft portion, the second shaft portion, and the curved portion defining a shaft plane parallel to the main shaft of the weed trimmer; and

a grip coupled to the ergonomic shaft, wherein the clamping mechanism defines a fulcrum point configured to enable a user to control a position of the trimmer head using the grip.

**12**. The handle attachment of claim **11**, wherein:

the grip is configured to be positioned closer to the proximal end of the main shaft of the weed trimmer than to the distal end of the main shaft.

**13**. The handle attachment of claim **11**, wherein:

the clamping mechanism is configured to fix a position of the shaft relative to the main shaft of the weed trimmer.

**14**. The handle attachment of claim **11**, wherein:

the first shaft portion is angled relative to the second shaft portion.

**15**. The handle attachment of claim **11**, wherein:

each of the clamping shaft and the ergonomic shaft are perpendicular to the shaft plane.

US 11,730,081 B1

11

**16**. The handle attachment of claim **11**, wherein:

the clamping mechanism is reversibly couplable to the main shaft of the weed trimmer to adjust a position of the shaft relative to the main shaft.

**17**. The handle attachment of claim **11**, wherein:

the clamping shaft is rotatably adjustable within the clamping mechanism to adjust and fix an offset of the ergonomic shaft relative to the main shaft of the weed trimmer.

**18**. The handle attachment of claim **11**, wherein:

the grip covers a majority of the ergonomic shaft.

\*  \*  \*  \*  \*

12