# Exhibit 2

| Select Figures of the '081 Patent | Select Figures of Plaintiff's Patents |
|---|---|
|  | |
| Figure 3 | Figure 2 of the '348 Patent |



FIG. 11

**Fig. 11 shows a top view of the device in Fig. 3**

FIG. 4
Fig. 4 of the '348 Patent

FIG. 4
Fig. 4 of the '372 Patent



FIG. 12

**Fig. 12 shows a side view of the device in Fig. 3**

FIG. 2

FIG. 3

Figs. 2 and 3 of the '348 Patent.