## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

XIAOQIAO WANG,

    Plaintiff,

    v.

SCHEDULE A DEFENDANTS,

    Defendants.

Civil Case No.: 2:26-cv-00343-WSS

### JOINT NOTICE OF WITHDRAWAL OF MOTIONS

The parties having resolved the issues, Plaintiff Patent Owner and Defendant QUFA jointly notifies the Court that they would like to take the following motion and cross-motion off calendar:

Defendant QUFA's motion as dkt. 41;

Plaintiff Patent Owner's cross-motion at dkt. 42

Date: March 23, 2026               Respectfully submitted,

                                   /s/ Zheng "Andy" Liu
                                   Zheng "Andy" Liu (CA- 279327)
                                   1660 S Amphlett Blvd Suite 315
                                   San Mateo, CA 94402
                                   Email: Andy.Liu@AptumLaw.us
                                   Phone: 650-475-6289

                                   *ATTORNEY FOR PLAINTIFF*

1