# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

XIAOQIAO WANG,

               Plaintiff,

      v.

SCHEDULE A DEFENDANTS,

               Defendants.

Civil Case No.: 2:26-cv-00343-WSS

## NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT NO. 6, 8, 10, 14 & 19

Under Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses, without prejudice,

against the following defendants from this action:

| No. | Defendant | ASIN | Platform |
|---|---|---|---|
| 6 | superdemi | BOFNRDZGYH | Amazon |
| 8 | WenZhouHanQin | BOD6QFXVVK | Amazon |
| 10 | Pobec | BOD7DJZ25V | Amazon |
| 14 | Annper | B0DFMCFX49 | Amazon |
| 19 | chameleon'store | BOD7MBG2GB | Amazon |

1

Date: March 24, 2026

Respectfully submitted,

<u>/s/ Zheng "Andy" Liu</u>
Zheng "Andy" Liu (CA- 279327)
***Aptum Law***
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Email: Andy.Liu@AptumLaw.us
Phone: 650-475-6289


*Attorneys for Plaintiff*

2