## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

XIAOQIAO WANG,

               Plaintiff,

      v.

SCHEDULE A DEFENDANTS,

               Defendants.

Civil Case No.: 2:26-cv-00343-WSS

### NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT NO. 2, 3, 5, 12, 18 & 20

Under Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses, without prejudice,

against the following defendants from this action:

| No. | Defendant | ASIN | Platform |
|---|---|---|---|
| 2 | AltitudeCraft | B0D5YM129W | Amazon |
| 3 | Aspireartisans | B0DYSNPJZH B0DYSCYMQM | Amazon |
| 5 | NaYou Direct | B0FXFBBBZK B0FXFBYT4W | Amazon |
| 12 | HWXH | B0D4DT2F2R | Amazon |
| 18 | Mudezhi Home Furnishings Store | B0G1LXMBQC | Amazon |
| 20 | LIYUEKJ | B0DHGGMTN1 | Amazon |

1

Date: March 31, 2026                                Respectfully submitted,

                                                    /s/ Zheng "Andy" Liu
                                                    Zheng "Andy" Liu (CA- 279327)
                                                    *Aptum Law*
                                                    1660 S Amphlett Blvd Suite 315
                                                    San Mateo, CA 94402
                                                    Email: Andy.Liu@AptumLaw.us
                                                    Phone: 650-475-6289


                                                    *Attorneys for Plaintiff*

2