IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| XIAOQIAO WANG,<br><br>*Plaintiff*,<br><br>v.<br><br>SCHEDULE A DEFENDANTS,<br><br>*Defendants*. | Civil Action No. 2:26-cv-343<br><br>Hon. William S. Stickman IV |

## ORDER OF COURT

AND NOW, this 13 day of April 2026, for the reasons set forth in the Memorandum Opinion filed this day, IT IS HEREBY ORDERED that the Motion for Preliminary Injunction (ECF No. 53) is DENIED.  IT IS FURTHER ORDERED that the Temporary Restraining Order (ECF No. 18) is DISSOLVED as to Defendant Zamazi.

BY THE COURT:

WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE