# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

XIAOQIAO WANG,

               Plaintiff,

        v.

SCHEDULE A DEFENDANTS,

              Defendants.

Civil Case No.: 2:26-cv-00343-WSS

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Plaintiff and the only remaining defendant Zamazi having settled all claims between them in this case, Plaintiff hereby gives notice that this entire action is voluntarily dismissed without prejudice under Rules 41(a)(1)(A)(i) and 41(a)(1)(B). Defendant Zamazi has not served an answer or motion for summary judgment in this action.

Date: April 16, 2026

Respectfully submitted,

/s/ Zheng "Andy" Liu
Zheng "Andy" Liu (CA- 279327)
1660 S Amphlett Blvd Suite 315
San Mateto, CA 94402
Email: Andy.Liu@AptumLaw.us

*Attorneys for Plaintiff*

1