**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| XIAOQIAO WANG,<br><br>       Plaintiff,<br><br>    v.<br><br>SCHEDULE A DEFENDANTS,<br><br><br>       Defendants. | Civil Case No.: 2:26-cv-00343-WSS |

## PLAINTIFF'S MOTION FOR ORDER TO RELEASE TRO BOND

Under the Court's March 4, 2026 Temporary Restraining Order (Dkt. 19), Plaintiff posted a $5,000 injunction bond (TRO Bond) with the Court on March 16, 2026.

On April 16, 2026, Plaintiff voluntarily dismissed this entire action under Rule 41 (Dkt. 56); the only remaining defendant Zamazi has indicated that it would not seek recovery against the TRO Bond; thus, the Court is respectfully requested to release the TRO Bond. A Proposed Order is concurrently filed.

///

///

///

Date: April 16, 2026                    Respectfully submitted,


                                        <u>/s/ Zheng "Andy" Liu</u>
                                        Zheng "Andy" Liu (CBN 279327)
                                        *Aptum Law*
                                        1660 S Amphlett Blvd Suite 315
                                        San Mateo, CA 94402
                                        Email: Andy.Liu@AptumLaw.us
                                        Phone: 650-475-6289


                                        *ATTORNEY FOR PLAINTIFF*