# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

XIAOQIAO WANG,

                Plaintiff,

      v.

SCHEDULE A DEFENDANTS,

                Defendants.

Civil Case No.: 2:26-cv-00343-WSS

## ORDER RELEASING PLAINTIFF'S TRO BOND

Under the Court's March 4, 2026 Temporary Restraining Order (Dkt. 19), Plaintiff posted a $5,000 cash bond (TRO Bond) with the Court on March 16, 2026.

Plaintiff having voluntarily dismissed this entire action (Dkt. 56), the Court orders that the bond money be released to the Plaintiff's Counsel at the following address:

Zheng Liu,
Counsel for Plaintiff Xiaoqiao Wang
750 Alma Lane #8244
Foster City, CA 94404.

_____

William S. Stickman IV
United States District Judge